UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE OHIO SECURITY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:20-cv-01223-RLY-MG<br>) |
| BEST INN MIDWEST LLC, | )<br>) |
| Defendant. | )<br>) |
| BEST INN MIDWEST LLC, | )<br>) |
| Counter Claimant, | )<br>) |
| v. | )<br>) |
| THE OHIO SECURITY INSURANCE COMPANY, | )<br>)<br>) |
| Counter Defendant. | ) |

**AMENDED FINAL JUDGMENT**

After the court issued its August 16, 2021 Sanctions Order,[1] Plaintiff/Counter Defendant, The Ohio Security Insurance Company, and Defendant/Counter Claimant, Best Inn Midwest LLC, agreed that the sole remaining claim for resolution was Best Inn's counterclaim for bad faith. Best Inn's bad faith claim was dismissed on March 13, 2023,

---

[1] To be precise, the court adopted the Magistrate Judge's recommendation to grant Ohio Security's Motion for Sanctions and deem the Best Inn hotel at issue "vacant" under the contract of insurance for the period of January 1, 2019 through December 20, 2019.

when the court granted Ohio Security's Motion for Summary Judgment on Best Inn's Bad Faith Claim. As all claims and counterclaims have been finally resolved, final judgment is entered in favor of Ohio Security on its Amended Complaint for Declaratory Judgment and against Best Inn Midwest LLC. Accordingly, the court **DECLARES** that Ohio Security has no further legal obligation to honor, process, or pay the claims made by Best Inn under the insurance contract, policy no. BKS584327092.

**SO ORDERED** this 15th day of May 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.